**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 2:26-cv-14444-LEIBOWITZ**

**LUIS DAVID MORALES**,
*Petitioner*,

*v.*

**WARDEN, MARTIN COUNTY JAIL,**
***et al.*,**
*Respondents.*
_______________________________________/

# ORDER

**THIS CAUSE** comes before the Court on Petitioner's Petition for Writ of Habeas Corpus (the "Petition") [ECF No. 1]. On November 6, 2026, Respondents filed a Return to Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [ECF No. 6] stating that Petitioner was released from custody. *U.S. ex rel. INS*, 296 F.3d 1237, 1243 (11th Cir. 2002) ("Because [Petitioner] is not being detained by the INS (or any United States Government entity for that matter), no order from this Court requiring the INS to release him into the community awaiting his final removal could have any effect. . . . Any opinion regarding [Petitioner]'s challenge to his detention . . . would be purely advisory." (internal quotation mark omitted)).

Accordingly, it is **ORDERED AND ADJUDGED** that the Petition [**ECF No. 1**] is **DISMISSED** as moot. The ***Clerk*** is *directed* to **CLOSE** this case. All deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on November 10, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record